## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Arctic Ease, LLC | Case No. 14-10333 (BLS) |
| Debtor. | |

### STATUS REPORT

In accordance with this Court's directive, Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Bankruptcy Estate") of the above-captioned debtor (the "Debtor") by and through his counsel hereby files a Status Report of the Bankruptcy Estate.

1.    The Trustee has completed estate administration of the Bankruptcy Estate and on or about June 12, 2018 the Trustee submitted the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "TFR") to the Office of the United States Trustee (the "OUST").

2.    The Trustee is awaiting completion of the review of the TFR  by the OUST.

Dated:  May 29, 2019
Wilmington, DE

COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
John T. Carroll, III (No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2028
Facsimile:   (302) 295-2013
jcarroll@cozen.com

*Counsel to the Trustee,*
*Alfred T. Giuliano*