# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: ARCTIC EASE, LLC § Case No. 14-10333
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Alfred T. Giuliano, Trustee (DE), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00　　　　　　　　　　Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,145,091.65　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　　Without Payment: N/A

Total Expenses of Administration: $270,115.74

3) Total gross receipts of $ 1,415,207.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,415,207.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $376,251.72 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 400,335.88 | 270,115.74 | 270,115.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 24,950.00 | 27,698.68 | 27,698.68 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 1,236,630.34 | 2,240,916.96 | 1,117,392.97 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,038,167.94 | $2,538,731.38 | $1,415,207.39 |

    4) This case was originally filed under Chapter 7 on February 19, 2014. The case was pending for 74 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/01/2020    By: /s/Alfred T. Giuliano, Trustee (DE)
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refunds/Rebates | 1229-000 | 419.20 |
| Accounts Receivable | 1221-000 | 1,228.02 |
| Excess Sale Proceeds (AE2) | 1129-000 | 1,393,593.39 |
| Bank Account - Univest | 1129-000 | 3,171.14 |
| Bank Account - TD Bank | 1129-000 | 16,795.64 |
| **TOTAL GROSS RECEIPTS** | | **$1,415,207.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19S | William Cohen as Garnishee of Carol Forden | 4220-000 | N/A | 376,251.72 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$376,251.72** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Cozen O'Connor | 3210-000 | N/A | 155,931.00 | 32,914.00 | 32,914.00 |
| Other - Cozen O'Connor | 3220-000 | N/A | 3,407.15 | 3,525.01 | 3,525.01 |
| Other - Reed Smith, LLP | 3701-000 | N/A | 11,996.00 | 10,330.00 | 10,330.00 |
| Other - Reed Smith, LLP | 3702-000 | N/A | 306.00 | 306.00 | 306.00 |
| Trustee Compensation - Alfred T. Giuliano, Trustee | 2100-000 | N/A | 65,706.22 | 65,706.22 | 65,706.22 |
| Trustee Expenses - Alfred T. Giuliano, Trustee | 2200-000 | N/A | 150.27 | 150.27 | 150.27 |
| Accountant for Trustee Fees (Trustee Firm) - Giuliano, Miller & Co., LLC | 3310-000 | N/A | 65,667.00 | 60,012.00 | 60,012.00 |
| Accountant for Trustee Expenses (Trustee Firm) - Giuliano, Miller & Co., LLC | 3320-000 | N/A | 591.41 | 591.41 | 591.41 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 2,599.05 | 2,599.05 | 2,599.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 336.88 | 336.88 | 336.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,224.35 | 2,224.35 | 2,224.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,971.48 | 1,971.48 | 1,971.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,174.65 | 2,174.65 | 2,174.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,113.05 | 2,113.05 | 2,113.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,837.67 | 1,837.67 | 1,837.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,311.59 | 2,311.59 | 2,311.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,036.23 | 2,036.23 | 2,036.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,881.89 | 1,881.89 | 1,881.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,147.92 | 2,147.92 | 2,147.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,011.86 | 2,011.86 | 2,011.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,941.21 | 1,941.21 | 1,941.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,116.54 | 2,116.54 | 2,116.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,047.25 | 2,047.25 | 2,047.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,912.32 | 1,912.32 | 1,912.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,107.39 | 2,107.39 | 2,107.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,972.48 | 1,972.48 | 1,972.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,903.99 | 1,903.99 | 1,903.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,163.78 | 2,163.78 | 2,163.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,892.81 | 1,892.81 | 1,892.81 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,889.70 | 1,889.70 | 1,889.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,147.64 | 2,147.64 | 2,147.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,884.10 | 1,884.10 | 1,884.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,881.49 | 1,881.49 | 1,881.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,138.30 | 2,138.30 | 2,138.30 |
| Other - SuperValu Inc. | 2600-000 | N/A | 260.00 | 260.00 | 260.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,876.05 | 1,876.05 | 1,876.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,133.22 | 2,133.22 | 2,133.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,936.23 | 1,936.23 | 1,936.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,869.01 | 1,869.01 | 1,869.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,059.67 | 2,059.67 | 2,059.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,927.82 | 1,927.82 | 1,927.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,058.64 | 2,058.64 | 2,058.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,797.98 | 1,797.98 | 1,797.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,987.95 | 1,987.95 | 1,987.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,792.90 | 1,792.90 | 1,792.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,110.22 | 2,110.22 | 2,110.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,915.35 | 1,915.35 | 1,915.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,848.84 | 1,848.84 | 1,848.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,101.11 | 2,101.11 | 2,101.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,843.35 | 1,843.35 | 1,843.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,031.21 | 2,031.21 | 2,031.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,901.34 | 1,901.34 | 1,901.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,835.32 | 1,835.32 | 1,835.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,085.56 | 2,085.56 | 2,085.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,766.77 | 1,766.77 | 1,766.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,889.67 | 1,889.67 | 1,889.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,824.06 | 1,824.06 | 1,824.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,072.94 | 2,072.94 | 2,072.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $400,335.88 | $270,115.74 | $270,115.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19P | William Cohen as Garnishee of Carol Forden | 5300-000 | N/A | 12,475.00 | 8,027.66 | 8,027.66 |
| 20P | Laurie Forden | 5300-000 | N/A | 12,475.00 | 8,027.66 | 8,027.66 |
| FITP | EFTPS | 5300-000 | N/A | N/A | 6,986.00 | 6,986.00 |
| FUTAP | EFTPS | 5800-000 | N/A | N/A | 840.00 | 840.00 |
| FICAEEP | EFTPS | 5300-000 | N/A | N/A | 1,546.90 | 1,546.90 |
| FICAERP | EFTPS | 5800-000 | N/A | N/A | 1,546.90 | 1,546.90 |
| MEDIEEP | EFTPS | 5300-000 | N/A | N/A | 361.78 | 361.78 |
| MEDIERP | EFTPS | 5800-000 | N/A | N/A | 361.78 | 361.78 |
| NOTFILED | Italo Marano | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Eric D. Marano | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Carol M. Forden | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John C. Gessner, Jr. | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Canada Revenue Agency | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pennsylvania Dept. of Labor & Industry Employers' Charge | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pennsylvania Dept. of Revenue Bureau of | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service Centralized Insolvency | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Caitlin Conklin | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Delaware Secretary of State Division of Corporations | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Robert N. Taylor | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wayne V. Van Patten | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mark A. Ray | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John T. Curry | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Brian P. Johnson | 5200-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Annamarie Smith | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $24,950.00 | $27,698.68 | $27,698.68 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Antimicrobial Test Laboratories, LLC | 7100-000 | N/A | 512.00 | 512.00 | 255.31 |
| 2 | ABF Freight System, Inc. | 7100-000 | N/A | 345.45 | 345.45 | 172.25 |
| 3 | Berlin Packaging LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 -2 | Berlin Packaging LLC | 7100-000 | N/A | 71,091.17 | 71,091.17 | 35,448.33 |
| 4 | Sharp & Associates, LLC | 7100-000 | N/A | 14,500.00 | 14,500.00 | 7,230.16 |
| 5 | Antimicrobial Test Laboratories, LLC | 7100-000 | N/A | 512.00 | 0.00 | 0.00 |
| 6 | Double H Plastics, Inc. | 7100-000 | N/A | 7,413.03 | 0.00 | 0.00 |
| 7 | Univar USA Inc. | 7100-000 | N/A | 5,543.49 | 5,543.49 | 2,764.16 |
| 8 | A. Bruce Heck | 7100-000 | N/A | 781,846.32 | 350,000.00 | 174,521.21 |
| 9 | Double H Plastics, Inc. | 7100-000 | N/A | 7,413.03 | 7,413.03 | 3,696.37 |
| WC | William Cohen | 7100-000 | N/A | N/A | 1,450,000.00 | 723,016.44 |
| 10 | Indoff Inc | 7100-000 | N/A | 868.00 | 868.00 | 432.81 |
| 11 | Nachmias Morris & Alt, P.C. | 7100-000 | N/A | 130,241.35 | 130,241.35 | 64,942.51 |
| 12 | The Rubicon Project, Inc. | 7100-000 | N/A | 10,012.35 | 10,012.35 | 4,992.48 |
| 13 | SPS Commerce, Inc. | 7100-000 | N/A | 1,010.00 | 1,010.00 | 503.62 |
| 14 | Red Tettemer, Inc. dba Red Tettemer O'Connell | 7100-000 | N/A | 27,119.14 | 27,119.14 | 13,522.47 |
| 15 | PBC Schell Lane 3, LP | 7100-000 | N/A | 15,145.51 | 15,145.51 | 7,552.04 |
| 16 | McElroy, Deutsch, Mulvaney & Carpenter, LLP | 7100-000 | N/A | 31,365.51 | 31,365.51 | 15,639.85 |
| 17 | Longstreth Sporting Goods, LLC | 7100-000 | N/A | 1,500.00 | 1,500.00 | 747.95 |
| 18 | A. Benn, M. Hoomanawanui & L. Robinson | 7100-000 | N/A | 89,449.81 | 80,391.01 | 40,085.53 |
| 19U | William Cohen as Garnishee of Carol Forden | 7100-000 | N/A | 38,871.18 | 25,013.61 | 12,472.59 |
| 20U | Laurie Forden | 7100-000 | N/A | 1,871.00 | 1,203.99 | 600.35 |
| FITU | EFTPS | 7100-000 | N/A | N/A | 11,407.81 | 5,688.30 |
| FUTAU | EFTPS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| FICAEEU | EFTPS | 7100-000 | N/A | N/A | 2,526.01 | 1,259.55 |
| FICAERU | EFTPS | 7100-000 | N/A | N/A | 2,526.01 | 1,259.55 |
| MEDIEEU | EFTPS | 7100-000 | N/A | N/A | 590.76 | 294.57 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| MEDIERU | EFTPS | 7100-000 | N/A | N/A | 590.76 | 294.57 |
| NOTFILED | Carol M. Forden | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,236,630.34 | $2,240,916.96 | $1,117,392.97 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-10333  **Trustee:** (500670) Alfred T. Giuliano, Trustee (DE)
**Case Name:** ARCTIC EASE, LLC  **Filed (f) or Converted (c):** 02/19/14 (f)
 **§341(a) Meeting Date:** 07/10/14
**Period Ending:** 05/01/20  **Claims Bar Date:** 10/08/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Refunds/Rebates (u)<br>   Aetna Inc. Received $107.00<br>Intuit Refund Received $814.21 [Returned]<br>Rapid Recycling, Inc. Received $64.20<br>Cardinal Health Received $274.72 [Returned]<br>Cardinal Health Received $725.78 [Returned]<br>Cardinal Health Received $3,215.75 [Returned]<br>Cardinal Health Received $3,159.25 [Returned]<br>Paychex Received $248.00 | 921.21 | 921.21 | | 419.20 | FA |
| 2  Accounts Receivable (u)<br>   HQ Army & Air Force Exchange Service - Received $6,482.51 [Returned]<br>PECO Energy Company - Received $3,419.19<br>Supervalu - Received $1,228.02 | 6,482.51 | 6,482.51 | | 1,228.02 | FA |
| 3  Excess Sale Proceeds (AE2)<br>   Superior Court of Delaware - Prothonotary Office Received $1,393,051.34 ($1,389,621.19 Principal $3,430.15 Interest)<br>Superior Court of Delaware, Prothonotary Office Received $542.05 ($5.00 Principal $537.05 Interest)<br>Funds held by the Prothonotary of the Superior Court of Delaware in and for New Castle County, C.A. No.: N13C-080314 JTV CCLD<br><br>AE2, Inc. v. Arctic Ease UCC Article 9 Foreclosure Sale<br>Gawi received 1.4m of 3m | 1,389,626.19 | 1,393,051.34 | | 1,393,593.39 | FA |
| 4  Bank Account - Univest<br>   Account No.: 3911609828 Received $3,171.14 | 3,171.14 | 3,171.14 | | 3,171.14 | FA |
| 5  Bank Account - TD Bank<br>   Account No.: 6998 | 16,795.64 | 16,795.64 | | 16,795.64 | FA |
| 6  Miscellaneous Refunds (u) | 0.00 | 0.00 | | 0.00 | FA |
| **6  Assets  Totals** (Excluding unknown values) | **$1,416,996.69** | **$1,420,421.84** | | **$1,415,207.39** | **$0.00** |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-10333  **Trustee:** (500670)  Alfred T. Giuliano, Trustee (DE)
**Case Name:** ARCTIC EASE, LLC  **Filed (f) or Converted (c):** 02/19/14 (f)
  **§341(a) Meeting Date:** 07/10/14
**Period Ending:** 05/01/20  **Claims Bar Date:** 10/08/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   May 15, 2018   **Current Projected Date Of Final Report (TFR):**   June 11, 2018  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-10333  
**Case Name:** ARCTIC EASE, LLC  
**Taxpayer ID #:** **-***1059  
**Period Ending:** 05/01/20

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/14 | {1} | Aetna, Inc. | Refund Invoice No.: CRN29252 | 1229-000 | 107.00 | | 107.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 97.00 |
| 06/16/14 | | ARMY & AIRFORCE EXCHANGE SERVICE | Account Receivable | | 6,482.51 | | 6,579.51 |
| | {2} | | Invoice No.: 14-2654   5,874.07 | 1221-000 | | | 6,579.51 |
| | {2} | | Invoice No.: 14-2655   3,844.84 | 1221-000 | | | 6,579.51 |
| | {2} | | Invoice No.: 14-2647   -3,236.40 Duplicate Billing | 1221-000 | | | 6,579.51 |
| 06/20/14 | | Superior Court of the State of Delaware, Prothonotary Sectio | Excess Sale Proceeds re: AE2, Inc. Article 9 Foreclosure Sale | | 1,393,051.34 | | 1,399,630.85 |
| | {3} | | Principal   1,389,621.19 | 1129-000 | | | 1,399,630.85 |
| | {3} | | Interest   3,430.15 | 1129-000 | | | 1,399,630.85 |
| 06/26/14 | {4} | Univest Bank and Trust Company | Close Account No.: 3911609828 | 1129-000 | 3,171.14 | | 1,402,801.99 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 336.88 | 1,402,465.11 |
| 07/08/14 | {1} | Intuit | Refund re: 483815 | 1229-000 | 814.21 | | 1,403,279.32 |
| 07/22/14 | {5} | TD Bank, N.A. | Close Account No.: 6998 | 1129-000 | 16,795.64 | | 1,420,074.96 |
| 07/25/14 | {1} | Rapid Recycling, Inc. | Rebate No.: 18142618 for Period of March 2014 | 1229-000 | 64.20 | | 1,420,139.16 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,224.35 | 1,417,914.81 |
| 08/27/14 | | State of Delaware | Excess Sale Proceeds re: AE2, Inc. Article 9 Foreclosure Sale | | 542.05 | | 1,418,456.86 |
| | {3} | | Principal   5.00 | 1129-000 | | | 1,418,456.86 |
| | {3} | | Interest   537.05 | 1129-000 | | | 1,418,456.86 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,971.48 | 1,416,485.38 |
| 09/17/14 | {1} | Cardinal Health Parmaceutical | Refund re: Invoice No.: 142505 | 1229-000 | 274.72 | | 1,416,760.10 |
| 09/18/14 | {1} | Cardinal Health Pharmaceutical | Refund re: Invoice No.: 142497 & 142482 | 1229-000 | 725.78 | | 1,417,485.88 |
| 09/22/14 | {1} | Cardinal Health Pharmaceutical | Refund re: Invoice No.: 142500 & 142498,142501, 142479,142503, 142481 & 142480 | 1229-000 | 3,215.75 | | 1,420,701.63 |
| 09/22/14 | {1} | Cardinal Health Pharmaceutical | Refund re: Invoice No.: 142506, 142502, 142507, 142499, 142486, 142485, 142504 & 142484 | 1229-000 | 3,159.25 | | 1,423,860.88 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,174.65 | 1,421,686.23 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,113.05 | 1,419,573.18 |
| 11/18/14 | {1} | Paychex | Workers Compensation Refund | 1229-000 | 248.00 | | 1,419,821.18 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,837.67 | 1,417,983.51 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,311.59 | 1,415,671.92 |

Subtotals : $1,428,651.59   $12,979.67

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-10333  
**Case Name:** ARCTIC EASE, LLC  

**Taxpayer ID #:** **-***1059  
**Period Ending:** 05/01/20  

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/22/15 | 101 | Reed Smith, LLP (Counsel to Berlin & Sharp) | Counsel to Berlin Packaging and Sharp & Associates Pursuant to Docket No.: 50 | | | | 10,636.00 | 1,405,035.92 |
| | | | Professional Fees for Period of 01/06/14 - 02/19/14 | 10,330.00 | 3701-000 | | | 1,405,035.92 |
| | | | Reimbursement of Expenses for Period of 01/06/14 - 02/19/14 | 306.00 | 3702-000 | | | 1,405,035.92 |
| 01/26/15 | 102 | International Sureties, Ltd | Chapter 7 Blanket Bond No.: 016026389 for Period of 01/01/15 - 01/01/16 | | 2300-000 | | 1,378.07 | 1,403,657.85 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 2,036.23 | 1,401,621.62 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 1,881.89 | 1,399,739.73 |
| 03/17/15 | | International Sureties, Ltd | Refund re: Premium Adjustment | | 2300-000 | | -564.58 | 1,400,304.31 |
| 03/30/15 | {2} | PECO Energy Company | Deposited Item Rejected [Deposit Reversal No.: 13] - Accounts Receivable | | 1221-000 | 3,419.19 | | 1,403,723.50 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 2,147.92 | 1,401,575.58 |
| 04/06/15 | {2} | PECO Energy Company | Reversed Deposit 100013 1 Deposited Item Rejected - Accounts Receivable | | 1221-000 | -3,419.19 | | 1,398,156.39 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 2,011.86 | 1,396,144.53 |
| 05/12/15 | 103 | Gawi Healthcare, LLC | Turnover of Deposited Funds Pursuant to Order [Docket No.: 54] | | | | 14,672.22 | 1,381,472.31 |
| | {1} | | Cardinal Health Deposit No.: 10009-1 | 274.72 | 1229-000 | | | 1,381,472.31 |
| | {1} | | Cardinal Health Deposit No.: 100011-2 | 3,159.25 | 1229-000 | | | 1,381,472.31 |
| | {1} | | Cardinal Health Deposit No.: 100011-1 | 3,215.75 | 1229-000 | | | 1,381,472.31 |
| | {1} | | Cardinal Health Deposit No.: 100010-1 | 725.78 | 1229-000 | | | 1,381,472.31 |
| | {2} | | AAFES Deposit No.: 10002-1 | 6,482.51 | 1221-000 | | | 1,381,472.31 |
| | {1} | | Intuit Deposit No.: 10005-1 | 814.21 | 1229-000 | | | 1,381,472.31 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 1,941.21 | 1,379,531.10 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 2,116.54 | 1,377,414.56 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 2,047.25 | 1,375,367.31 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 1,912.32 | 1,373,454.99 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 2,107.39 | 1,371,347.60 |

Subtotals: $0.00 $44,324.32

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-10333  
**Case Name:** ARCTIC EASE, LLC  

**Taxpayer ID #:** **-***1059  
**Period Ending:** 05/01/20  

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,972.48 | 1,369,375.12 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,903.99 | 1,367,471.13 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,163.78 | 1,365,307.35 |
| 01/05/16 | 104 | Hilco Real Estate, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #14-10333, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17<br>Voided on 01/05/16 | 2300-004 | | 594.05 | 1,364,713.30 |
| 01/05/16 | 104 | Hilco Real Estate, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #14-10333, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17<br>Voided: check issued on 01/05/16 | 2300-004 | | -594.05 | 1,365,307.35 |
| 01/05/16 | 105 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #14-10333, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 | 2300-000 | | 594.05 | 1,364,713.30 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,892.81 | 1,362,820.49 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,889.70 | 1,360,930.79 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,147.64 | 1,358,783.15 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,884.10 | 1,356,899.05 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,881.49 | 1,355,017.56 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,138.30 | 1,352,879.26 |
| 07/26/16 | | SuperValu Inc. | Transfer Funds from Summetria LLC Case No.: 14-10488 Deposited in Error | | 966.90 | | 1,353,846.16 |
| | {2} | | SuperValue     1,228.02 | 1221-000 | | | 1,353,846.16 |
| | | International Sureties, Ltd | International Sureties,     -1.12<br>Ltd. Check No.: 101<br>01/26/15 | 2300-000 | | | 1,353,846.16 |
| | | International Sureties, Ltd | International Sureties,     -0.45<br>Ltd. Check No.: 103<br>01/05/16 | 2300-000 | | | 1,353,846.16 |
| | | | RaboBank Fees for     -260.00<br>Period of 05/30/14 -<br>06/30/16 | 2600-000 | | | 1,353,846.16 |
| | | International Sureties, Ltd | International Sureties,     0.45<br>Ltd. Premium Adjustment<br>03/17/15 | 2300-000 | | | 1,353,846.16 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,876.05 | 1,351,970.11 |
| | | | Subtotals : | | $966.90 | $20,344.39 | |

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-10333  
**Case Name:** ARCTIC EASE, LLC  

**Taxpayer ID #:** **-***1059  
**Period Ending:** 05/01/20  

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,133.22 | 1,349,836.89 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,936.23 | 1,347,900.66 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,869.01 | 1,346,031.65 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,059.67 | 1,343,971.98 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,927.82 | 1,342,044.16 |
| 01/16/17 | 106 | International Sureties, Ltd | Blanket Bond Premium for Bond No.: 016026389 for Period of 01/01/17 - 01/01/18 | 2300-000 | | 668.37 | 1,341,375.79 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,058.64 | 1,339,317.15 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,797.98 | 1,337,519.17 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,987.95 | 1,335,531.22 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,792.90 | 1,333,738.32 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,110.22 | 1,331,628.10 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,915.35 | 1,329,712.75 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,848.84 | 1,327,863.91 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,101.11 | 1,325,762.80 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,843.35 | 1,323,919.45 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,031.21 | 1,321,888.24 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,901.34 | 1,319,986.90 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,835.32 | 1,318,151.58 |
| 01/24/18 | 107 | International Sureties, Ltd | Blanket Bond Premium for Bond No.: 016026389 for Period of 01/01/18 - 01/01/19 | 2300-000 | | 522.02 | 1,317,629.56 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,085.56 | 1,315,544.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,766.77 | 1,313,777.23 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,889.67 | 1,311,887.56 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,824.06 | 1,310,063.50 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,072.94 | 1,307,990.56 |
| 12/30/19 | 108 | Cozen O'Connor | Attorney for Trustee Fees (Other Firm) [Docket No.: 126] | 3210-000 | | 32,914.00 | 1,275,076.56 |
| 12/30/19 | 109 | Cozen O'Connor | Attorney for Trustee Expenses (Other Firm) [Docket No.: 126] | 3220-000 | | 3,525.01 | 1,271,551.55 |
| 12/30/19 | 110 | Alfred T. Giuliano, Trustee | Trustee Compensation [Docket No.: 118] | 2100-000 | | 65,706.22 | 1,205,845.33 |
| 12/30/19 | 111 | Alfred T. Giuliano, Trustee | Trustee Expenses [Docket No.: 118] | 2200-000 | | 150.27 | 1,205,695.06 |
| 12/30/19 | 112 | Giuliano, Miller & Co., LLC | Accountant for Trustee Fees (Trustee Firm) [Docket No.: 121] | 3310-000 | | 60,012.00 | 1,145,683.06 |
| 12/30/19 | 113 | Giuliano, Miller & Co., LLC | Accountant for Trustee Expenses (Trustee Firm) [Docket No.: 121] | 3320-000 | | 591.41 | 1,145,091.65 |
| 12/30/19 | 114 | William Cohen as Garnishee of | Final Distribution [Docket No.: 128] | 5300-000 | | 8,027.66 | 1,137,063.99 |

Subtotals : $0.00 $214,906.12

{} Asset reference(s)  
Printed: 05/01/2020 02:13 PM   V.14.66

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

**Case Number:** 14-10333  
**Case Name:** ARCTIC EASE, LLC  

**Taxpayer ID #:** **-***1059  
**Period Ending:** 05/01/20  

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Carol Forden | | | | | |
| 12/30/19 | 115 | Laurie Forden | Final Distribution [Docket No.: 128] | 5300-000 | | 8,027.66 | 1,129,036.33 |
| 12/30/19 | 116 | EFTPS | Voided - See EFTPS Electronics Payment re: Income Tax<br>Voided on 12/30/19 | 5300-004 | | 6,986.00 | 1,122,050.33 |
| 12/30/19 | 116 | EFTPS | Voided - See EFTPS Electronics Payment re: Income Tax<br>Voided: check issued on 12/30/19 | 5300-004 | | -6,986.00 | 1,129,036.33 |
| 12/30/19 | 117 | EFTPS | Voided - See EFTPS Electronics Payment re: FICA (EE)<br>Voided on 12/30/19 | 5300-004 | | 1,546.90 | 1,127,489.43 |
| 12/30/19 | 117 | EFTPS | Voided - See EFTPS Electronics Payment re: FICA (EE)<br>Voided: check issued on 12/30/19 | 5300-004 | | -1,546.90 | 1,129,036.33 |
| 12/30/19 | 118 | EFTPS | Voided - See EFTPS Electronics Payment re: Medicare (EE)<br>Voided on 12/30/19 | 5300-004 | | 361.78 | 1,128,674.55 |
| 12/30/19 | 118 | EFTPS | Voided - See EFTPS Electronics Payment re: Medicare (EE)<br>Voided: check issued on 12/30/19 | 5300-004 | | -361.78 | 1,129,036.33 |
| 12/30/19 | 119 | EFTPS | Voided - See EFTPS Electronics Payment re: FUTA<br>Voided on 12/30/19 | 5800-004 | | 840.00 | 1,128,196.33 |
| 12/30/19 | 119 | EFTPS | Voided - See EFTPS Electronics Payment re: FUTA<br>Voided: check issued on 12/30/19 | 5800-004 | | -840.00 | 1,129,036.33 |
| 12/30/19 | 120 | EFTPS | Voided - See EFTPS Electronics Payment re: FICA (ER)<br>Voided on 12/30/19 | 5800-004 | | 1,546.90 | 1,127,489.43 |
| 12/30/19 | 120 | EFTPS | Voided - See EFTPS Electronics Payment re: FICA (ER)<br>Voided: check issued on 12/30/19 | 5800-004 | | -1,546.90 | 1,129,036.33 |
| 12/30/19 | 121 | EFTPS | Voided - See EFTPS Electronics Payment re: Medicare (ER)<br>Voided on 12/30/19 | 5800-004 | | 361.78 | 1,128,674.55 |
| 12/30/19 | 121 | EFTPS | Voided - See EFTPS Electronics Payment re: Medicare (ER)<br>Voided: check issued on 12/30/19 | 5800-004 | | -361.78 | 1,129,036.33 |
| 12/30/19 | 122 | Antimicrobial Test Laboratories, LLC | Final Distribution [Docket No.: 128] | 7100-000 | | 255.31 | 1,128,781.02 |

Subtotals : $0.00 $8,282.97

{} Asset reference(s)  
Printed: 05/01/2020 02:13 PM  V.14.66

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-10333  
**Case Name:** ARCTIC EASE, LLC  

**Taxpayer ID #:** **-***1059  
**Period Ending:** 05/01/20  

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/19 | 123 | ABF Freight System, Inc. | Final Distribution [Docket No.: 128] | 7100-000 | | 172.25 | 1,128,608.77 |
| 12/30/19 | 124 | Berlin Packaging LLC | Final Distribution [Docket No.: 128] | 7100-000 | | 35,448.33 | 1,093,160.44 |
| 12/30/19 | 125 | Sharp & Associates, LLC | Final Distribution [Docket No.: 128] | 7100-000 | | 7,230.16 | 1,085,930.28 |
| 12/30/19 | 126 | Univar USA Inc. | Final Distribution [Docket No.: 128] | 7100-000 | | 2,764.16 | 1,083,166.12 |
| 12/30/19 | 127 | A. Bruce Heck | Final Distribution [Docket No.: 128] | 7100-000 | | 174,521.21 | 908,644.91 |
| 12/30/19 | 128 | Double H Plastics, Inc. | Final Distribution [Docket No.: 128] | 7100-000 | | 3,696.37 | 904,948.54 |
| 12/30/19 | 129 | William Cohen | Final Distribution [Docket No.: 128] | 7100-000 | | 723,016.44 | 181,932.10 |
| 12/30/19 | 130 | Indoff Inc | Final Distribution [Docket No.: 128] | 7100-000 | | 432.81 | 181,499.29 |
| 12/30/19 | 131 | Nachmias Morris & Alt, P.C. | Final Distribution [Docket No.: 128] | 7100-000 | | 64,942.51 | 116,556.78 |
| 12/30/19 | 132 | The Rubicon Project, Inc. | Final Distribution [Docket No.: 128] | 7100-000 | | 4,992.48 | 111,564.30 |
| 12/30/19 | 133 | SPS Commerce, Inc. | Final Distribution [Docket No.: 128] | 7100-000 | | 503.62 | 111,060.68 |
| 12/30/19 | 134 | Red Tettemer, Inc. dba Red Tettemer O'Connell | Final Distribution [Docket No.: 128] | 7100-000 | | 13,522.47 | 97,538.21 |
| 12/30/19 | 135 | PBC Schell Lane 3, LP | Final Distribution [Docket No.: 128] | 7100-000 | | 7,552.04 | 89,986.17 |
| 12/30/19 | 136 | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Final Distribution [Docket No.: 128] | 7100-000 | | 15,639.85 | 74,346.32 |
| 12/30/19 | 137 | Longstreth Sporting Goods, LLC | Final Distribution [Docket No.: 128] | 7100-000 | | 747.95 | 73,598.37 |
| 12/30/19 | 138 | A. Benn, M. Hoomanawanui & L. Robinson | Final Distribution [Docket No.: 128] | 7100-000 | | 40,085.53 | 33,512.84 |
| 12/30/19 | 139 | William Cohen as Garnishee of Carol Forden | Final Distribution [Docket No.: 128] | 7100-000 | | 12,472.59 | 21,040.25 |
| 12/30/19 | 140 | Laurie Forden | Final Distribution [Docket No.: 128] | 7100-000 | | 600.35 | 20,439.90 |
| 12/30/19 | 141 | EFTPS | Voided - See EFTPS Electronics Payment re: Income Tax<br>Voided on 12/30/19 | 7100-004 | | 5,688.30 | 14,751.60 |
| 12/30/19 | 141 | EFTPS | Voided - See EFTPS Electronics Payment re: Income Tax<br>Voided: check issued on 12/30/19 | 7100-004 | | -5,688.30 | 20,439.90 |
| 12/30/19 | 142 | EFTPS | Voided - See EFTPS Electronics Payment re: FICA (EE)<br>Voided on 12/30/19 | 7100-004 | | 1,259.55 | 19,180.35 |
| 12/30/19 | 142 | EFTPS | Voided - See EFTPS Electronics Payment re: FICA (EE)<br>Voided: check issued on 12/30/19 | 7100-004 | | -1,259.55 | 20,439.90 |
| 12/30/19 | 143 | EFTPS | Voided - See EFTPS Electronics Payment re: FICA (ER)<br>Voided on 12/30/19 | 7100-004 | | 1,259.55 | 19,180.35 |
| 12/30/19 | 143 | EFTPS | Voided - See EFTPS Electronics Payment re: | 7100-004 | | -1,259.55 | 20,439.90 |

Subtotals: $0.00 $1,108,341.12

{} Asset reference(s)

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-10333  
**Case Name:** ARCTIC EASE, LLC

**Taxpayer ID #:** **-***1059  
**Period Ending:** 05/01/20

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | FICA (ER)<br>Voided: check issued on 12/30/19 |  |  |  |  |
| 12/30/19 | 144 | EFTPS | Voided - See EFTPS Electronics Payment re: Medicare (EE)<br>Voided on 12/30/19 | 7100-004 |  | 294.57 | 20,145.33 |
| 12/30/19 | 144 | EFTPS | Voided - See EFTPS Electronics Payment re: Medicare (EE)<br>Voided: check issued on 12/30/19 | 7100-004 |  | -294.57 | 20,439.90 |
| 12/30/19 | 145 | EFTPS | Voided - See EFTPS Electronics Payment re: Medicare (ER)<br>Voided on 12/30/19 | 7100-004 |  | 294.57 | 20,145.33 |
| 12/30/19 | 145 | EFTPS | Voided - See EFTPS Electronics Payment re: Medicare (ER)<br>Voided: check issued on 12/30/19 | 7100-004 |  | -294.57 | 20,439.90 |
| 12/30/19 |  | EFTPS - Electronic Payment | Form 940 re: FUTA (Priority) | 5800-000 |  | 840.00 | 19,599.90 |
| 12/30/19 |  | EFTPS - Electronic Payment | Form No.: 941 re: Federal Withholding Taxes |  |  | 19,599.90 | 0.00 |
|  |  |  | Federal Income Tax (EE)  6,986.00<br>(Priority) | 5300-000 |  |  | 0.00 |
|  |  |  | Federal Income Tax (EE)  5,688.30<br>(General Unsecured) | 7100-000 |  |  | 0.00 |
|  |  |  | Social Security (ER)  1,546.90<br>(Priority) | 5800-000 |  |  | 0.00 |
|  |  |  | Social Security (EE)  1,546.90<br>(Priority) | 5300-000 |  |  | 0.00 |
|  |  |  | Social Security (ER)  1,259.55<br>(General Unsecured) | 7100-000 |  |  | 0.00 |
|  |  |  | Social Security (EE)  1,259.55<br>(General Unsecured) | 7100-000 |  |  | 0.00 |
|  |  |  | Medicare (EE) (Priority)  361.78 | 5300-000 |  |  | 0.00 |
|  |  |  | Medicare (ER) (Priority)  361.78 | 5800-000 |  |  | 0.00 |
|  |  |  | Medicare (EE) (General  294.57<br>Unsecured) | 7100-000 |  |  | 0.00 |
|  |  |  | Medicare (ER) (General  294.57<br>Unsecured) | 7100-000 |  |  | 0.00 |

Subtotals :  $0.00  $20,439.90

{} Asset reference(s)  
Printed: 05/01/2020 02:13 PM  V.14.66

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-10333  
**Case Name:** ARCTIC EASE, LLC

**Taxpayer ID #:** **-***1059  
**Period Ending:** 05/01/20

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 1,429,618.49 | 1,429,618.49 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,429,618.49 | 1,429,618.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $1,429,618.49 | $1,429,618.49 | |

|  |  |
|---|---|
| Net Receipts : | 1,429,618.49 |
| Plus Gross Adjustments : | -14,411.10 |
| Net Estate : | $1,415,207.39 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7766** | 1,429,618.49 | 1,429,618.49 | 0.00 |
| | $1,429,618.49 | $1,429,618.49 | $0.00 |